No. 60. FEDERAL POWER COMMISSION v. SUNRAY DX OIL CO. ET AL.;

No. 61. UNITED GAS IMPROVEMENT CO. v. SUNRAY DX OIL CO. ET AL.;

No. 62. BROOKLYN UNION GAS CO. ET AL. v. FEDERAL POWER COMMISSION ET AL.;

No. 80. FEDERAL POWER COMMISSION v. STANDARD OIL CO. OF TEXAS, A DIVISION OF CHEVRON OIL CO., ET AL.;

No. 97. UNITED GAS IMPROVEMENT CO. v. SUNRAY DX OIL CO. C. A. 10th Cir.;

No. 111. SHELL OIL CO. v. PUBLIC SERVICE COMMISSION OF NEW YORK;

No. 143. SKELLY OIL CO. ET AL. v. PUBLIC SERVICE COMMISSION OF NEW YORK ET AL.;

No. 144. FEDERAL POWER COMMISSION v. PUBLIC SERVICE COMMISSION OF NEW YORK ET AL.; and

No. 231. SUPERIOR OIL CO. v. FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari granted. The cases are consolidated and a total of nine hours is

allotted for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.

*Solicitor General Marshall, Ralph S. Spritzer, Richard A. Posner, Richard A. Solomon, Howard E. Wahrenbrock* and *Cyril S. Wofsy* for petitioner in No. 60.

*William T. Coleman, Jr., Robert W. Maris, Richardson Dilworth* and *Harold E. Kohn* for petitioner in Nos. 61 and 97.

*Edwin F. Russell, Harry G. Hill, Jr.,* and *Barbara M. Suchow* for Brooklyn Union Gas Co.; *Bertram D. Moll* and *Morton L. Simons* for Long Island Lighting Co.; *Samuel Graff Miller* for Philadelphia Electric Co., and *Kent H. Brown* for Public Service Commission of New York, petitioners in No. 62.

*Solicitor General Marshall* and *Mr. Solomon* for petitioner in No. 80.

*Oliver L. Stone* and *Thomas G. Johnson* for petitioner in No. 111.

*Sherman S. Poland* for Skelly Oil Co.; *Martin N. Erck* for Humble Oil & Refining Co., and *Bernard A. Foster, Jr.,* for Dougherty et al., petitioners in No. 143.

*Solicitor General Marshall, Mr. Solomon, Peter H. Schiff* and *Joel Yohalem* for petitioner in No. 144.

*Herbert W. Varner* and *Murray Christian* for petitioner in No. 231.

*Homer E. McEwen, Jr.,* for Sunray DX Oil Co.; *Mr. Erck* for Humble Oil & Refining Co.; *Vernon W. Woods* for Union Producing Co.; *Richard F. Remmers* for Sohio Petroleum Co.; *William K. Tell, Jr.,* and *James D. Annett* for Texaco Inc.; *Warren M. Sparks* for Gulf Oil Corp.; *Kiel Boone* for Cox; *Phillip D. Endom, Robert E. May* and *Francis H. Caskin* for Sun Oil Co., and *Thomas G. Crouch, Robert W. Henderson* and *Donald K. Young* for Hunt, respondents in Nos. 60, 61 and 62. *Solicitor*

*General Marshall* and *Mr. Solomon* for the Federal Power Commission, respondent in Nos. 61 and 62.

*Francis R. Kirkham* and *Justin R. Wolf* for respondent Standard Oil Co. of Texas in No. 80. *Mr. McEwen* for Sunray DX Oil Co.; *Messrs. Tell* and *Annett* for Texaco Inc.; *Messrs. Endom, May* and *Caskin* for Sun Oil Co.; *Mr. Remmers* for Sohio Petroleum Co.; *Mr. Erck* for Humble Oil & Refining Co.; *Robert V. Smith* for Patchin-Wilmoth Industries, Inc.; *J. Evans Attwell* and *W. H. Drushel, Jr.,* for Clark Fuel Producing Co.; *Mr. Boone* for Cox; *Messrs. Crouch, Henderson* and *Young* for Hunt; and *Mr. Poland* for Coates, respondents in Nos. 80 and 97.

*Messrs. Simons, Brown* and *Moll* for respondents in Nos. 111, 143 and 144.

*Solicitor General Marshall, Messrs. Solomon, Schiff* and *Yohalem* for the Federal Power Commission; *Messrs. Brown* and *Simons* for Public Service Commission of New York; and *Mr. Moll* for Long Island Lighting Co., respondents in No. 231.

Reported below: Nos. 60, 61 and 62, 370 F. 2d 181; Nos. 80 and 97, 376 F. 2d 578; Nos. 111, 143, 144 and 231, 126 U. S. App. D. C. 26, 373 F. 2d 816.